IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR34 |
| | ) | |
| v. | ) | |
| | ) | |
| EBONI HILL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's amended motion for pretrial release request for hearing (Filing No. 22). After hearing with defendant present and represented by counsel,

IT IS ORDERED that, pursuant to 18 U.S.C. § 3143(a)(1) and (2), defendant's amended motion for pretrial release is denied.

DATED this 19th day of April, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court